## MOTION AND PROCEDURAL RULINGS

**2006–0202. Tarr v. Williams.**
In Habeas Corpus. This cause came on for further consideration of petitioner's motion for relief from judgment. Upon consideration thereof,
IT IS ORDERED by the court that the motion is denied.

**2006–0701. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–732–EL–MER, 05–733–EL–AAM, and 05–974–GA–AAM. This cause is pending before this court as an appeal from the Public Utilities Commission. Upon consideration of the motion of Duke Energy Corporation and the Cincinnati Gas and Electric Company, d.b.a. Duke Energy Ohio, Inc., for leave to intervene as appellees,
IT IS ORDERED by the court that the motion is granted.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–0778. State ex rel. Roddy v. Indus. Comm.**
Franklin App. No. 04AP–930, 2006-Ohio-1185.